

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Limited Liability Company
TRADING CARD WORLD LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L21000118868 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 03/12/2021 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/23/2022 |
| **Event Effective Date** | NONE |

**Principal Address**

12290 NW 7TH TRAIL
MIAMI, FL 33182

**Mailing Address**

12290 NW 7TH TRAIL
MIAMI, FL 33182

**Registered Agent Name & Address**

UNITED STATES CORPORATION AGENTS, INC.
5575 S. SEMORAN BLVD. SUITE 36
ORLANDO, FL 32822

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

UCROS, ADRIANNA
12290 NW 7TH TRAIL
MIAMI, FL 33182

Title AMBR

UCROS, FRANK
12290 NW 7TH TRAIL
MIAMI, FL 33182

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

| 03/12/2021 -- Florida Limited Liability | View image in PDF format |