UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-cv-22897-Williams

Ryan Bowers,

    Plaintiff,

v.

Trading Card World LLC, at al.

    Defendants.

_____/

**DEFAULT FINAL JUDGMENT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Final Judgment (**D.E. # 13**), filed on September 22, 2022.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. Default has been entered against Defendants, TRADING CARD WORLD, LLC and ADRIANNA UCROS, for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Plaintiff and his counsel have filed declarations as to the amount due from Defendants. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is GRANTED. Judgment is hereby entered in favor of Plaintiff, RYAN BOWERS, and against Defendants, TRADING CARD WORLD, LLC and ADRIANNA UCROS. It is further

**ADJUDGED** that Plaintiff, RYAN BOWERS, shall recover from Defendants as follows:

1. Against Defendants, TRADING CARD WORLD, LLC and ADRIANNA UCROS, jointly and severally in the amount of **$875.00** for unpaid overtime wages;

2. Against Defendants, TRADING CARD WORLD, LLC and ADRIANNA UCROS, jointly and severally in the additional amount of **$875.00** for liquidated damages from unpaid minimum wages;

3. Against Defendants, TRADING CARD WORLD, LLC and ADRIANNA UCROS, jointly and severally in the amount of **$2,400.00** for back wages due to retaliation;

4. Against Defendants, TRADING CARD WORLD, LLC and ADRIANNA UCROS, jointly and severally in the additional amount of **$2,400.00** for liquidated damages from retaliation;

5. Against Defendants, TRADING CARD WORLD, LLC and ADRIANNA UCROS, jointly and severally in the amount of **$4,400.00** for attorney's fees;

6. Against Defendants, TRADING CARD WORLD, LLC and ADRIANNA UCROS, jointly and severally in the amount of **$502.00** for costs of the case; and

Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sums let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2022.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of record