**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-22897-CV-WILLIAMS**

RYAN BOWERS,

    Plaintiff,

v.

TRADING CARD WORLD LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 16) ("***Report***") on Plaintiff's Motion for Final Default Judgment (DE 13) ("***Motion***"). In the Report, Magistrate Judge Sanchez recommends that the Court grant in part and deny in part Plaintiff's Motion. (DE 16 at 11–12.) No Party filed objections to the Report and the time to file objections has passed.[1]

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 16) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion (DE 13) is **GRANTED IN PART AND DENIED IN PART**.

3. The Court will separately enter an order of final default judgment.

---

[1] On July 31, 2023, Plaintiff filed a Notice of No Objection, notifying the Court that he "does not object to the Report and Recommendations for Plaintiff's Motion for Final Default Judgment issued by Judge Sanchez[.]" (DE 17.)

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>10th</u> day of August, 2023.

                                                                          KATHLEEN M. WILLIAMS
                                                                           UNITED STATES DISTRICT JUDGE